IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DARREN BAILEY, | |
| Plaintiff, | |
| v. | No. 3:20-cv-00474-GCS |
| GOVERNOR JB PRITZKER, in his official capacity, | Magistrate Judge Gilbert C. Sison |
| Defendant. | |

**GOVERNOR'S MOTION TO STRIKE REPLY OR ALLOW SUR-REPLY**

In response to the Governor's memorandum opposing remand, ECF 24, plaintiff Darren Bailey submitted an 11-page reply, ECF 25, in violation of Local Rule 7.1 and without leave of Court. Because Bailey's reply does not comply with the local rule, the Governor moves the Court to strike the reply brief or allow the Governor to file a sur-reply not to exceed three pages.

1. Local Rule 7.1 provides that "Reply briefs are not favored and should be filed only in exceptional circumstances . . . . Reply briefs shall not exceed 5 pages. Requests for additional pages are not allowed." Local Rule 7.1(c)–(d). In violation of this rule, and without seeking leave of Court, Bailey filed a reply that is 11 pages long. ECF 25.

2. Courts in this district routinely enforce Local Rule 7.1 by striking replies that exceed the 5-page limit without leave of court, or refusing to consider the pages filed beyond those allowed by the Local Rules. *See, e.g.*, *Willyard v. Wal-Mart Stores, Inc.*, 2010 WL 487080, *1 n.1 (S.D. Ill. 2010) ("It is not readily apparent from the record that Defendant was granted leave to file a reply in excess of the page limits. Therefore, the Court will not consider any portion of Defendant's Reply beyond page five."); *Shearrer v. Union Pac. R. Co.*, 2010 WL

1540113, *3 (S.D. Ill. 2010) (striking overlength reply). This Court should follow suit and strike Bailey's non-conforming reply.

3. Construing S.D. Ill. L.R. 7.1, the Seventh Circuit has ruled that considerations of due process and fundamental fairness require that a litigant be allowed to respond to arguments presented on reply in violation of a court's rules. *See Dr. Robert L. Meinders, D.C., Ltd. v. UnitedHealthcare, Inc.*, 800 F.3d 853, 858 (7th Cir. 2015). Consistent with this approach, if the Court does not strike the reply, the Court should grant the Governor the opportunity to file a short sur-reply not to exceed three pages.

WHEREFORE, for these reasons, the Governor respectfully requests that the Court strike Bailey's reply brief, ECF 25, or in the alternative, grant the Governor leave to submit a sur-reply not to exceed three pages by June 17, 2020, or if the Court has not granted such leave by June 17, 2020, then within 24 hours of the Court granting such leave. The Governor further requests such other relief as the Court deems just and proper.

Dated: June 10, 2020                                        Respectfully Submitted,

KWAME RAOUL                                                 */s/ Thomas J. Verticchio*
Attorney General of Illinois

R. Douglas Rees #6201825                                    Thomas J. Verticchio #6190501
Christopher G. Wells #6304265                               Assistant Chief Deputy Attorney General
Darren Kinkead #6304847                                     Office of the Illinois Attorney General
Isaac Freilich Jones #6289023                               100 West Randolph Street, 11th Floor
Office of the Illinois Attorney General                     Chicago, Illinois 60601
100 West Randolph Street                                    (312) 814-3000
Chicago, Illinois 60601                                     tverticchio@atg.state.il.us

Laura K. Bautista #6289023
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62701

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 10, 2020, he caused a true and correct copy of the foregoing to be served by electronic filing in the CM/ECF system on the following:

Steven M. Wallace
SILVER LAKE GROUP, LTD. – GLEN CARBON
6 Ginger Creek Village Drive
Glen Carbon, IL 62034
Tel.: 618-692-5275
Fax: (888) 519-6101
steve@silverlakelaw.com

                                                              By:        */s/ Thomas J. Verticchio*